AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| Joseph Capaldo | **JUDGMENT IN A CIVIL CASE** |
|---|---|
| | CASE NUMBER: 05-CV-866F |
| v. | |
| William Powers | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is dismissed.  Further, a certificate of appealability is denied and leave to appeal as a poor person is denied.


Date: March 23, 2006                                                RODNEY C. EARLY,
                                                                    CLERK


                                                    By:    s/Deborah M. Zeeb
                                                           Deputy Clerk